UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
HE JEI CHEN, et al.,

                Plaintiffs,                          **ECF CASE**

     v.

                                        07 Civ. 9354 (BSJ-GWG)

PETER D. KEISLER, et al.

                Defendants.                    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         November 21, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                   Southern District of New York

                                   By:    /s/
                                                   KIRTI VAIDYA REDDY
                                                 Assistant United States Attorney
                                                 86 Chambers Street, 3rd Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2751
                                                 Facsimile: (212) 637-2786
                                                 Email: kirti.reddy@usdoj.gov

To:    Yee Ling Poon, Esq.
         11 East Broadway, 5th Floor
         New York, NY 10038