```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                    :
HE JEI CHEN (A 73 232 811);         :
BI YUN LIN (A 73 035 028);          :
BAO GUI ZHUO (A 72 455 754);        :
LI GUAN LIN (A78 408 281);          :
CHENG JI CHEN (A79 429 921);        :
MEI YING YANG (A 76 114 054);       :
WEN SHUN YANG (A 70 010 946);       :
YI GUANG LIN (A 78 503 300);        :
YI MEI WONG (A 72 764 042);         :     STIPULATION AND ORDER
DE HONG CHEN (A 78 222 130);        :
FU JIN CHEN (A 79 212 805);         :     07 Civ. 9354 (BSJ)
DE XING JIANG (A 79 212 810);       :
GONG FU LI (A 72 368 932);          :
XING GUANG LIN (A 71 779 585);      :
RONG CHEN (A 76 516 502);           :
SHAN CAI ZHANG (A 70 115 778);      :
JIN ZHU CHEN (A 73 654 608),        :
                                    :
                    Plaintiffs,     :
                                    :
        -against-                   :
                                    :
                                    :
PETER D. KEISLER, Acting Attorney   :
General of the United States;       :
MICHAEL CHERTOFF, Secretary of      :
Homeland Security; KEVIN OHLSON,    :
Director of the Executive Office for:
Immigration Review, JUAN OSUNA,     :
Acting Chairman of the Board of     :
Immigration Appeals; DAVID L.       :
NEAL, Chief Immigration Judge;      :
EMILIO GONZALES, Director of the    :
United States Citizenship and       :
Immigration Services; SUSAN RAUFER, :
Director of the Lynhurst, New Jersey:
Asylum Office; ROBERT D. MUELLER, III,:
Director of the Federal Bureau of   :
Investigation,                      :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x
```





IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice.

Dated: New York, New York
February 8th, 2008

By: _____
YEE LING POON
Attorney for Plantiffs
Law Offices of Yee Ling Poon
11 East Broadway, 5th Floor
New York, NY 10038
Telephone No.: (212)385-4575

Dated: New York, New York
February __, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
KIRTI VAIDYA REDDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone No.: (212) 637-2751

SO ORDERED:

SO ORDERED _____
Dated:        BARBARA S. JONES
              U.S.D.J.
2/11/08